STATE EX REL. NORTHWESTERN ENGINEERING CO., RELATOR, v. DISTRICT COURT ET AL., RESPONDENTS.
(No. 8381.)

(Submitted December 17, 1942. Decided January 28, 1943.)

[133 Pac. (2d) 596.]

*Messrs. Hall & Alexander,* for Relator.

*Messrs. Murch & Wuerthner,* for Respondents.

MR. JUSTICE ERICKSON delivered the opinion of the court.

This case is a companion case to cause numbered 8380, this day decided. As the two cases involve the same questions, the decision made in No. 8380 compels the same decision here. It is so ordered.

MR. CHIEF JUSTICE JOHNSON and ASSOCIATE JUSTICES ANDERSON and MORRIS concur.